**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Fastek Products Inc.,

Plaintiff,

v. **CIVIL 00-392 (JRT/FLN)**

Unique Balance Co., a Division of Pomeroy Inc., and Unique Sash Balance Co. LTD,

Defendants.

- - - - - - - - - - - - - - - - - - -

Fastek Products Inc,

Plaintiff,

v. **CIVIL 00-393 (DSD/JMM)**

Active Co.,

Defendant.

---

**ORDER OF DIRECTION TO THE CLERK OF COURT**
**FOR REASSIGNMENT OF RELATED CASE**

---

Case No. 00-392 having been assigned to Judge John R. Tunheim and Case No. 00-393 having later been assigned to Judge David S. Doty, and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 00-393 be assigned to Judge John R. Tunheim and Chief Magistrate Judge Franklin L. Noel, nunc pro tunc, by use of a card on the Patent List of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Order for Assignment of Cases dated May 28, 1998.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

DATED: March 13, 2000.

Judge John R. Tunheim
United States District Court

DATED: March 13, 2000.

Judge David S. Doty
United States District Court

MAR 14 2000

Case reassigned to Judge John R. Tunheim
and
Magistrate Judge Franklin L. Noel

NEW CASE NUMBER 00-393 JRT/FLN

Use this case number for all further filings.