UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Fastek Products Inc.

Plaintiff,

v.

Unique Balance Co.,
a division of Pomeroy Inc.,
and Unique Sash Balance Co. Ltd.,

Defendants.

Civil No. 00-392 JRT/SRN

ORDER

---

It appears that more than 120 days have elapsed since suit was filed and that no appearance has been entered by defendant(s).

The Federal Rules of Civil Procedure and the Local Rules of this District require that an answer or other pleading be filed. The Court does not permit counsel by agreement to extend the time for filing an answer or other pleading, although an initial motion for extension of time will be liberally considered by the Court in the absence of any objection by opposing counsel.

Accordingly, counsel for plaintiff is directed to:

1. Notify defense counsel immediately that he/she is required to make an appearance or move for an extension of time to do so;

2. File an application for entry of default unless the required pleading is filed within 10 days; or

3. Advise the Court in writing of any good cause to the contrary.

Unless plaintiff's counsel complies with this order within 20 days of this date, this case will be dismissed for lack of prosecution.

FILED JUN 29 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

DATED: June 29, 2000

Susan Richard Nelson
United States Magistrate Judge